**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

JIMMIE C GARDNER

     *Plaintiff*,

vs.

KANAWHA COUNTY WEST VIRGINIA,
KANAWHA COUNTY COMMISSION,
KANAWHA COUNTY PROSECUTING
ATTORNEY, WILLIAM C. FORBES,
REAGAN E. WHITMYER, JOHN J. FRAIL,
and CHARLESTON POLICE
DEPARTMENT,

     *Defendants*.

Civil Action No. 2:17-cv-03934
Honorable John T. Copenhaver, Jr.

**NOTICE OF MEDIATION**

Please take notice that a mediation in the above-styled case will take place on Tuesday,

October 23, 2018, beginning at 10:00 a.m. at the law offices of Pullin, Fowler, Flanagan. Brown

& Poe, PLLC, located at JamesMark Building, 901 Quarrier Street, Charleston, West Virginia

25301, with Donald B. O'Dell, Esquire, as mediator.  Each party, or the party's representative

having full authority, will attend in person.

Dated: September 25, 2018

Respectfully submitted,

Jimmie C Gardner

By Counsel

/s/ Robert P. Dunlap, II
ROBERT P. DUNLAP, II (WV State Bar #10012)
208 Main Street
Beckley, WV 25801
Phone: 304.255.4762
Fax: 304.225.4760
robertdunlapesq@gmail.com

A. Scott Bolden, *pro hac vice*
Michael B. Roberts, *pro hac vice*

Reed Smith LLP
1301 K Street NW, Suite 1000 – East Tower
Washington, DC 20005
Phone: 202.414.9200
Fax: 202.414.9299
abolden@reedsmith.com
mroberts@reedsmith.com

- 2 -

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JIMMIE C GARDNER

      *Plaintiff*,

vs.

KANAWHA COUNTY WEST VIRGINIA,
KANAWHA COUNTY COMMISSION,
KANAWHA COUNTY PROSECUTING
ATTORNEY, WILLIAM C. FORBES,
REAGAN E. WHITMYER, JOHN J. FRAIL,
and CHARLESTON POLICE
DEPARTMENT,

      *Defendants*.

Civil Action No. 2:17-cv-03934
Honorable John T. Copenhaver, Jr.

## CERTIFICATE OF SERVICE

      I, Robert P. Dunlap, II, do hereby certify on this 25th day of September 2018, I caused a true copy of the foregoing to be filed and served upon opposing counsel electronically using the CM/ECF system and to those not participating in electronic filing, by delivering the same, via U.S. Mail, postage prepaid, to the following persons:

| | | |
|---|---|---|
| Karen McElihinny, Esq. | Richard M. Wallace, Esq. | Johnnie E. Brown, Esq. |
| Emily L. Lilly, Esq. | Alyesha A. Dotson, Esq. | Pullin, Fowler, Flanagan, |
| Shuman, McCuskey & Slicer, | Littler Mendelson, P.C. | Brown & Poe PLLC |
| PLLC | Chase Tower | James Mark Building |
| P.O. Box 3953 | 708 Virginia St. East | 901 Quarrier Street |
| Charleston, WV 25339 | Suite 1010 | Charleston, WV 25301 |
| *Counsel for Charleston Police* | Charleston, WV 26505 | *Counsel for Kanawha County* |
| *Department* | *Counsel for William C. Forbes* | *Defendants* |

                /s/ Robert P. Dunlap, II
                ROBERT P. DUNLAP, II (WV State Bar #10012)
                208 Main Street
                Beckley, WV 25801
                Phone: 304.255.4762  Fax: 304.225.4760
                robertdunlapesq@gmail.com