IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JIMMIE C GARDNER
      *Plaintiff*,

v.

Civil Action No.   2:17-cv-03934
Honorable John T. Copenhaver, Jr.

KANAWHA COUNTY, WEST VIRGINIA,
KANAWHA COUNTY COMMISSION,
KANAWHA COUNTY PROSECUTING,
ATTORNEY, in his official capacity,
WILLIAM C. FORBES, REAGAN E.
WHITMYER, JOHN J. FRAIL,
CHARLESTON POLICE DEPARTMENT
      *Defendants.*

## DISMISSAL ORDER

**NOW COMES** the Plaintiff, by counsel, and comes the Defendant, the Charleston Police Department, by counsel, and hereby represent to the Court that all matters in controversy between and among these parties have been fully settled and compromised and the parties jointly move the Court to dismiss Defendant, Charleston Police Department, from this matter with prejudice.

It appearing to the Court proper so to do, it is **ORDERED** that the Charleston Police Department is hereby, **DISMISSED, with prejudice**, from the above-styled action and the parties shall bear their own attorney's fees and costs incurred in the action.

ENTER: This _____ day of _____, 2019.

                                       _____
                                       Honorable John T. Copenhaver, Jr., Judge

Prepared by:

/s/ Karen Tracy McElhinny
Karen Tracy McElhinny, Esquire (WVSB #7517)
Shuman, McCuskey & Slicer, PLLC
Post Office Box 3953
Charleston, WV 25339
(304)345-1400
    *Counsel for Defendant Charleston Police Department*

Agreed to by:


/s/ Robert P. Dunlap, II
Robert P. Dunlap, II, Esq. (WVSB 10012)
208 Main Street
Beckley, WV 25801
Phone: (304) 255-4762
Fax: (304) 255-4760
E-mail: robertdunlapesq@gmail.com

and

Scott Bolden, Esq. (DC No. 428758)
Michael B. Roberts, Esq. (DC No. 976409)
Reed Smith LLP
1301 K Street, NW
Suite 1000-East Tower
Washington, DC 20005
  *Counsel for Plaintiff*