```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

JIMMIE C. GARDNER,

Plaintiff,

v.                                    Civil Action No. 2:17-cv-03934

KANAWHA COUNTY, WEST VIRGINIA;
KANAWHA COUNTY COMMISSION;
KANAWHA COUNTY PROSECUTING
ATTORNEY, in his official
capacity; WILLIAM C. FORBES;
REAGAN E. WHITMYER; and
JOHN J. FRAIL,

Defendants.

## JUDGMENT ORDER

In accordance with the court's memorandum opinion and order entered August 28, 2019 and its memorandum opinion and order entered this date, it is ORDERED and ADJUDGED that judgment is entered in favor of defendants Kanawha County, West Virginia; Kanawha County Commission; Kanawha County Prosecuting Attorney, in his official capacity; William C. Forbes; Reagan E. Whitmyer; and John J. Frail and against the plaintiff, and this civil action is dismissed with prejudice.

**The Clerk is directed to transmit copies of this judgment order all counsel of record and any unrepresented party.**

ENTER: December 10, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge